FORMER EMPLOYEES OF SIMPSON PASADENA PAPER CO., PLAINTIFFS *v.* HERMAN, UNITED STATES SECRETARY OF LABOR, DEFENDANT

Court No. 99–04–00249

(Dated August 1, 2000)

## JUDGMENT ORDER

GOLDBERG, *Judge:* On January 26, 2000, the Court remanded the U.S. Department of Labor's ("the Department") negative determination regarding eligibility to apply for trade adjustment assistance under the Trade Act of 1974 with instructions that the Department conduct a survey of Simpson Pasadena Paper Company's customers. On June 9, 2000, the Department filed a *Notice of Revised Determination on Remand* (*"Revised Determination"*), certifying that

> [a]ll workers of Simpson Pasadena Paper Company, Pasadena, Texas, who became totally or partially separated from employment on

---

[31] Corroboration pursuant to 19 U.S.C. § 1677e(c) is not challenged. From investigation data, Commerce selected a weighted-average to weighted-average comparison for a particular CONNUM. It did not select a margin based on a few individual transactions or on any data outside the investigation. *Cf. Ferro Union*, 44 F. Supp.2d at 1334–35 (Commerce must select a total substitute margin which is relevant and reliable, and bears rational relationship to matter to which it is applied); *Finer Foods*, 2000 WL 897752 at *6 (court will not uphold use of individual transaction margins which bear no apparent relationship to current level of dumping in industry to corroborate a total substitute margin).

or after November 13, 1997, through two years from the date of this issuance, are eligible to apply for adjustment assistance under Section 223 of the Trade Act of 1974.

Upon consideration of the *Revised Determination*, and upon all other papers filed herein, it is hereby
ORDERED that the case is DISMISSED.